# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| EVA MAGALLANES,<br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner<br>of Social Security Administration,<br>*Defendant* | Civil Action No. 1:14-CV-3078-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment, ECF No. 18, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 19, is GRANTED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on motions for Summary Judgment (ECF Nos. 18 and 19).

Date: May 19, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen